AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Wanslee, Madeleine C. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, Arizona | **3. Date of Report**<br><br>07/25/2014 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>07/22/2014 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Gust Rosenfeld, PLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Gust Rosenfeld PLC Retirement Plan (former law firm) / no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Gust Rosenfeld, PLC - Partnership Distributions | $317,951.00 |
| 2. 2012 | Summit Law School - Teaching | $6,000.00 |
| 3. 2013 | Gust Rosenfeld, PLC - Partnership Distributions | $303,518.00 |
| 4. 2014 | Gust Rosenfeld, PLC - Capital Account Return and Salary | $124,552.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | self-employed bankruptcy trustee |
| 2. 2014 | self-employed bankruptcy trustee |
| 3. 2012 | self-employed bankruptcy trustee |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Vanguard Prime Money Market | D | Interest | K | T | Exempt | | | | |
| 2.  Vanguard Morgan Grw Fund | D | Dividend | M | T | Exempt | | | | |
| 3.  Fidelity Value Fund | D | Dividend | M | T | Exempt | | | | |
| 4.  Fidelity Div & Growth | D | Dividend | M | T | Exempt | | | | |
| 5.  Fidelity Cap App | D | Dividend | M | T | Exempt | | | | |
| 6.  Templeton Foreign Fund | D | Dividend | M | T | Exempt | | | | |
| 7.  LF | A | Dividend | J | T | Exempt | | | | |
| 8.  NOK | A | Dividend | J | T | Exempt | | | | |
| 9.  OMI | A | Dividend | J | T | Exempt | | | | |
| 10.  BTU | A | Dividend | J | T | Exempt | | | | |
| 11.  WFM | A | Dividend | J | T | Exempt | | | | |
| 12.  WIN | A | Dividend | J | T | Exempt | | | | |
| 13.  Franklin Mutual Global | A | Dividend | K | T | Exempt | | | | |
| 14.  Invesco Balanced Risk | A | Dividend | K | T | Exempt | | | | |
| 15.  Invesco Healthcare | A | Dividend | K | T | Exempt | | | | |
| 16.  Multi Strategy G&I | A | Dividend | K | T | Exempt | | | | |
| 17.  Cash Dreyfus | A | Interest | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eagle Mid Cap A | A | Dividend | L | T | Exempt | | | | |
| 19. Eaton Vance Atlanta Cap B | A | Dividend | K | T | Exempt | | | | |
| 20. Eaton Vance Div Builder B | A | Dividend | K | T | Exempt | | | | |
| 21. Eaton Vance Large Cap Value | A | Dividend | J | T | Exempt | | | | |
| 22. Fidelity Advisor Sm Cap | A | Dividend | L | T | Exempt | | | | |
| 23. Invesco Van Kampen E&I A | A | Dividend | L | T | Exempt | | | | |
| 24. Oppenheimer Developing Markets A | A | Dividend | K | T | Exempt | | | | |
| 25. Oppenheimer Int Bond A | A | Interest | K | T | Exempt | | | | |
| 26. DDD | A | Dividend | K | T | Exempt | | | | |
| 27. ABT | A | Dividend | J | T | Exempt | | | | |
| 28. ACHN | A | Dividend | J | T | Exempt | | | | |
| 29. ARTNA | A | Dividend | J | T | Exempt | | | | |
| 30. CHELE | A | Dividend | J | T | Exempt | | | | |
| 31. CSCO | A | Dividend | J | T | Exempt | | | | |
| 32. CHEOY | A | Dividend | J | T | Exempt | | | | |
| 33. GME | A | Dividend | J | T | Exempt | | | | |
| 34. INTU | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHL | A | Dividend | | | Exempt | | | | |
| 36. CNX | A | Dividend | | | Exempt | | | | |
| 37. GRMN | A | Dividend | | | Exempt | | | | |
| 38. GRPN | A | Dividend | | | Exempt | | | | |
| 39. JOY | A | Dividend | | | Exempt | | | | |
| 40. NFX | A | Dividend | | | Exempt | | | | |
| 41. OUTR | A | Dividend | | | Exempt | | | | |
| 42. SSLT | A | Dividend | | | Exempt | | | | |
| 43. ZNGA | A | Dividend | | | Exempt | | | | |
| 44. WCN | A | Dividend | | | Exempt | | | | |
| 45. American Funds American Balanced A | A | Dividend | J | T | Exempt | | | | |
| 46. American Funds A&B Cap World G&I | A | Dividend | K | T | Exempt | | | | |
| 47. American Fund Growth Fund of Am A | A | Dividend | L | T | Exempt | | | | |
| 48. AT&T | A | Dividend | J | T | Exempt | | | | |
| 49. Columbia Marisco 21 Century B | A | Dividend | L | T | Exempt | | | | |
| 50. Diebold | A | Dividend | J | T | Exempt | | | | |
| 51. Eagle Small Cap Growth Fund A | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Advisor Diversified Int'l A | A | Dividend | J | T | Exempt | | | | |
| 53. Fidelity Advisor Lev Co A | A | Dividend | L | T | Exempt | | | | |
| 54. Fidelity Advisor New Insights A | A | Dividend | L | T | Exempt | | | | |
| 55. FTERQ | A | Dividend | J | T | Exempt | | | | |
| 56. Oppenheimer Global Ops | A | Dividend | J | T | Exempt | | | | |
| 57. Oppenheimer Small & Mid Cap A | A | Dividend | J | T | Exempt | | | | |
| 58. SoluQ | A | Dividend | J | T | Exempt | | | | |
| 59. American Funds Europac A&B | A | Dividend | L | T | Exempt | | | | |
| 60. Davis NY Venture A | A | Dividend | L | T | Exempt | | | | |
| 61. Fidelity Advisor Mid Cap II | A | Dividend | K | T | Exempt | | | | |
| 62. CHTP | C | Dividend | | | Exempt | | | | |
| 63. SDLP | A | Dividend | | | Exempt | | | | |
| 64. Southwest Gas | C | Dividend | L | T | Exempt | | | | |
| 65. Harris Bank Accounts | A | Interest | J | T | Exempt | | | | |
| 66. First Credit Union Accounts | A | Interest | J | T | Exempt | | | | |
| 67. Promissory Note P.C. and M.A. Wanslee | A | None | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wanslee, Madeleine C. | 07/25/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Madeleine C. Wanslee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544